**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TESHA GAMINO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SPIN MASTER, INC.,

Defendant.

No.:  ED CV 23-2242-DMG (SPx)

**ORDER APPROVING JOINT STIPULATION RE DISMISSAL OF ACTION [90]**

-1-

Having considered the Parties' Stipulation Re Dismissal of Action [Doc. # 90], and for good cause shown, the Court hereby **APPROVES** the Stipulation.  The Court **ORDERS** that this action be dismissed **with prejudice** as to the named Plaintiff, and **without prejudice** as to the putative class.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  June 8, 2026

_____
DOLLY M. GEE
Chief United States District Judge